**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-00757-LTB-MJW

DAVID M. DOWNEY, derivatively on behalf of ACROSS MEDIA NETWORKS, L.L.C., a Delaware limited liability company,

      Plaintiff,

v.

ADELPHIA COMMUNICATIONS CORPORATION, a Delaware corporation,

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO REOPEN
ADMINISTRATIVELY CLOSED CASE AND TO DISMISS WITH PREJUDICE**

---

      THE COURT, having considered the Stipulated Motion to Reopen Administratively Closed Case, hereby ORDERS:

      That this case be reopened for administrative purposes, and

      That this case be dismissed with prejudice pursuant to Rule 41(a)(2), with each side bearing its own costs and attorneys fees.

      DATED this ____10th____ day of ____September____, 2007.


                    s/Lewis T. Babcock_____
                    U.S. District Court Judge